UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                            13-cr-230 (PKC)

        -against-                                                 <u>ORDER</u>

ANTHONY WALLS,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to the defendant's application for relief under 18 U.S.C. § 3582(c) by December 22, 2020.  The defendant may reply by January 8, 2021.

        SO ORDERED.

                                                                         P. Kevin Castel
                                                          United States District Judge

Dated: New York, New York
         December 11, 2020